1  D. BARCLAY EDMUNDSON (State Bar No. 89481)
2  ORRICK, HERRINGTON & SUTCLIFFE LLP
   777 South Figueroa Street, Suite 3200
3  Los Angeles, CA  90017-5855
   Telephone:    (213) 629-2020
4  Facsimile:     (213) 612-2499
   E-mail:          bedmundson@orrick.com
5
   JAMES E. HOUPT (State Bar No. 187878)
6  STACY E. DON (State Bar No. 226737)
7  ORRICK, HERRINGTON & SUTCLIFFE LLP
   400 Capitol Mall, Suite 3000
8  Sacramento, CA  95814-4417
   Telephone:    (916) 447-9200
9  Facsimile:     (916) 329-4900
   E-mail:          jhoupt@orrick.com
10 E-mail:          sdon@orrick.com

11 Attorneys for Defendant
   L'IMAGE BOUTIQUE
12

13                UNITED STATES DISTRICT COURT

14                EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GUCCI AMERICA, INC., a New York corporation,<br><br>Plaintiff,<br><br>vs.<br><br>L'IMAGE BOUTIQUE, INC., a California corporation d/b/a L'IMAGE d/b/a L'IMAGE BOUTIQUE, and DOES 1 to 10,<br><br>Defendants. | CASE NO.  2:06-CV-00274-FCD-EFB<br><br>**STIPULATION AND ORDER**<br><br>Hon. Frank C. Damrell Jr.<br>Courtroom: 2<br>Hearing Date: October 27, 2006<br>Hearing Time: 10:00 a.m.<br><br>Trial Date: July 31, 2007<br>Discovery Completion: November 1, 2006<br><br>**"AS MODIFIED"** |

## STIPULATION

Plaintiff Gucci America, Inc., by and through its counsel, Tharpe & Howell, and Defendant L'Image Boutique, by and through its counsel, Orrick, Herrington & Sutcliffe LLP (collectively the "Parties") hereby stipulate and agree to request as follows:

The Sacramento County District Attorney's Office ("District Attorney") and L'Image Boutique currently are attempting to resolve issues that relate to and overlap with this case. The Parties desire to avoid the costs of discovery and litigation and to conserve the resources of this Court while awaiting the resolution of the matter with the District Attorney. Therefore, the Parties jointly request that the Court enter a stay in this case until January 19, 2007 and that the Court vacate the May 4, 2006 Status (Pretrial Scheduling) Order. L'Image agrees that during the stay, it will use its best efforts to resolve the parallel matters with the Sacramento County District Attorneys' Office.

The Parties agree to submit to the Court a new joint status report on or before February 27, 2007. The Parties will inform the Court in the joint status report whether the case is ready to be rescheduled and, if so, include proposed dates for a new pretrial scheduling order. The Parties jointly request that a status conference be held with the Court on March 2, 2007 at 10 a.m. in Courtroom 2.

Dated:  October 18, 2006            THARPE & HOWELL

                                                         Stephen G. Scherzer
                                                         Attorneys for Plaintiff
                                                         Gucci America, Inc.

Dated:  October 18, 2006            ORRICK, HERRINGTON & SUTCLIFFE LLP

                                                         D. Barclay Edmundson
                                                         Attorneys for Defendant
                                                         L'Image Boutique

- 1 -

STIPULATION AND ORDER

**ORDER**

Having considered the Stipulation submitted by Plaintiff Gucci America, Inc. and Defendant L'Image Boutique (the "Parties"), and good cause appearing therefor, IT IS HEREBY ORDERED that:

The case is hereby stayed until January 19, 2007.  The Court vacates the May 4, 2006 Status (Pretrial Scheduling) Order and all dates contained therein.  In light of the stipulation to stay, the hearing on Defendants Motion to Stay set for October 27, 2006 is VACATED and the motion is now MOOT.

A status conference is set for March 2, 2007, at 10:00 a.m. in Courtroom 2.

The Parties shall submit to the Court a new joint status report on or before February 27, 2007.  The report shall address either the need to continue the stay or proposed dates for the rescheduling of this matter

IT IS SO ORDERED.

Dated: October 19, 2006

/s/ Frank C. Damrell Jr.
Honorable Frank C. Damrell Jr.
United States District Judge