Stephen M. Gaffigan (admitted *pro hac vice*)
STEPHEN M. GAFFIGAN, P.A.
312 S.E. 17th Street, Second Floor
Ft. Lauderdale, Florida 33316
Telephone: (954) 767-4819
Facsimile: (954) 767-4821
Email: Stephen@smgpa.net

Counsel for Plaintiff
GUCCI AMERICA, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GUCCI AMERICA, INC., a New York corporation,<br><br>Plaintiff,<br><br>vs.<br><br>L'IMAGE BOUTIQUE, INC., a California corporation d/b/a L'IMAGE d/b/a L'IMAGE BOUTIQUE, and DOES 1 to 10,<br><br>Defendants. | CASE NO.  2:06-CV-00274-FCD-EFB<br><br>**STIPULATION AND ORDER**<br><br>Trial Date:  July 15, 2008<br>Discovery Completion:  October 2, 2007 |

**STIPULATION**

Plaintiff Gucci America, Inc. ("Gucci"), by and through its counsel, Stephen M. Gaffigan, P.A., and Defendant L'Image Boutique ("L'Image"), by and through its counsel, Law Offices of Mitchell Ostwald (collectively the "Parties") hereby stipulate and agree to request as follows:

The Parties request that the discovery period in this matter be extended from October 2, 2007 up to and including November 15, 2007.   The Parties have recently begun settlement discussions in this matter, and believe it is beneficial to proceed with those settlement discussions without incurring additional litigation costs to conduct the depositions of the parties in this matter. Additionally, L'Image has recently retained new counsel in this matter, and additional time is needed to allow L'Image's counsel time to get up to speed in this matter in order to conduct the

- 1 -

STIPULATION AND ORDER

depositions of Gucci's representatives.

Dated:  September 19, 2007     STEPHEN M. GAFFIGAN, P.A.

    s:/smgaffigan/
    Stephen M. Gaffigan
    Attorneys for Plaintiff
    Gucci America, Inc.

Dated:  September 12, 2007     LAW OFFICES OF MITCHELL OSTWALD

    s:/mostwald/
    Mitchell Ostwald
    Attorneys for Defendant
    L'Image Boutique

## ORDER

Having considered the Stipulation submitted by Plaintiff Gucci America, Inc. and Defendant L'Image Boutique (the "Parties"), and good cause appearing therefore, IT IS HEREBY ORDERED that:

The discovery period in this matter is extended up to and including November 15, 2007.

The parties are reminded that pursuant to Local Rule 16-160 it is the duty of counsel to inform the courtroom deputy clerk and the assigned Court's chambers immediately upon settlement.

IT IS SO ORDERED.

Dated: September 25, 2007

FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE