Stephen M. Gaffigan, admitted *pro hac vice*
STEPHEN M. GAFFIGAN, P.A.
312 S.E. 17th Street, 2nd Floor
Ft. Lauderdale, Florida 33316
Telephone: (954) 767-4819
Facsimile: (954) 767-4821
Email: Stephen@smgpa.net

Attorneys for the Plaintiff
GUCCI AMERICA, INC.

# THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GUCCI AMERICA, INC., a New York Corporation, Plaintiff, v. L'IMAGE BOUTIQUE, INC., California corporation d/b/a L'IMAGE d/b/a L'IMAGE BOUTIQUE, and DOES 1-10, Defendants. | CASE NO. 2:06-cv-0274- FCD-JFM  **STIPULATED CONSENT FINAL JUDGMENT AND PERMANENT INJUNCTION**  Complaint filed: February 8, 2006 Trial Date: July 15, 2008 |

Plaintiff, Gucci America, Inc. ("Gucci") and Defendant, L'Image Boutique, Inc. d/b/a L'Image d/b/a L'Image Boutique ("L'Image") stipulate and consent to the following:

**WHEREAS**, L'Image adopted and began using a trademark in the United States which allegedly infringed Gucci's registered trademarks: GUCCI and GG MONOGRAM (the "Gucci Marks") as identified in Gucci's Complaint;

**WHEREAS**, L'Image's use of names and mark which allegedly incorporates the Gucci Marks is likely to cause confusion as to source or origin; and

**WHEREAS**, based upon Gucci's good faith prior use of the Gucci Marks, Gucci has superior and exclusive rights in and to the Gucci Marks in the United

1

States and any confusingly similar names or marks, and without an admission of liability by L'Image.

**IT IS ORDERED, ADJUDGED AND DECREED** as follows:

1. L'Image, its agents, representatives, servants, employees, and all those acting in concert or participation therewith are hereby permanently enjoined, from manufacturing or causing to be manufactured, importing, advertising or promoting, distributing, selling or offering to sell counterfeit goods bearing the Gucci Marks; from infringing, counterfeiting, or diluting the Gucci Marks; from using the Gucci Marks, or any marks similar thereto, in connection with the sale of any unauthorized goods; from using any logo, trade name or trademark which may be calculated to falsely advertise the services or products of L'Image as being sponsored by, authorized by, endorsed by, or in any way associated with Gucci; from falsely representing themselves as being connected with Gucci, through sponsorship or association, or engaging in any act which is likely to falsely cause members of the trade and/or of the purchasing public to believe any goods or services of Gucci, are in any way endorsed by, approved by, and/or associated with Gucci from using any reproduction, counterfeit, copy, or colorable imitation of the Gucci Marks in connection with the publicity, promotion, sale, or advertising of any goods sold by L'Image, including, without limitation, the goods identified in the Complaint; from affixing, applying, annexing or using in connection with the sale of any goods, a false description or representation, including words or other symbols tending to falsely describe or represent L'Image's goods as being those of Gucci, or in any way endorsed by the Gucci and from offering such goods in commerce; and from otherwise unfairly competing with Gucci.

2. Any party shall have the right to seek sanctions for contempt, compensatory damages, injunctive relief, attorneys' fees, costs, and such other relief deemed proper in the event of a violation or failure to comply with any of the

provisions hereof.  The prevailing party in any such proceeding shall be entitled to recover its attorneys' fees and costs.

    3.    The causes of action between Gucci and L'Image are hereby dismissed with prejudice, subject to the terms of the Settlement Agreement between the parties.  This Consent Judgment shall be conclusive for purposes of collateral estoppel regarding all issues that have been or could have been brought on the same operative facts.

    4.    The parties respective attorney's fees and costs incurred in connection with this action shall be borne as per the agreement of the individual parties in their Settlement Agreement.

    5.    This Court will retain continuing jurisdiction over this cause to enforce the terms of this Consent Judgment and the Settlement Agreement between the parties.

Dated:  November 30, 2007    STEPHEN M. GAFFIGAN, P.A.

    \_\_\_\_s:/smgaffigan/_____
    Stephen M. Gaffigan (admitted *pro hac vice*)
    Counsel for Plaintiff, Gucci America, Inc.

Dated:  November 30, 2007    LAW OFFICES OF MITCHELL OSTWALD

    \_\_\_\_\_s:/mostwald_____
    Mitchell S. Ostwald (CA Bar No. 27937)
    Counsel for Defendant, L'Image Boutique, Inc.

**IT IS SO ORDERED.**
**DATED: December 4, 2007**

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE